

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
PHILLIP N. SMITH
CRISTINA D. SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-055-KJD-NJK |
| Plaintiff, | **EX-PARTE MOTION TO UNSEAL CASE UPON ARREST OF THE DEFENDANT** |
| vs. | |
| ROBERT LAMON POLK, aka, "Lil Tony", | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and BRANDON C. JAROCH, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal case and indictment in the above-captioned at the time of defendant's arrest.

The Government previously moved to seal the indictment to protect an on-going investigation. The need for keeping the indictment sealed will expire at the time of the defendant's arrest. As a result, the Government respectfully moves to

have the case and the indictment in the instant matter unsealed at the time of the defendant's arrest.

Dated this 1st day of March, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Brandon C. Jaroch

BRANDON C. JAROCH
Assistant United States Attorney

The Government's motion is hereby  GRANTED  .

SO ORDERED:

_____
HONORABLE NANCY J. KOPPE
United States Magistrate Judge

Dated: March 2, 2016