UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT POLK, <br><br> Defendant. | 2:16-CR-00055-KJD-NJK <br><br> **ORDER** |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant ROBERT POLK.

DATED this  21   day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE