RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Robert Lamon Polk

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LAMON POLK,<br><br>　　　　　　Defendant. | Case No. 2:16-cr-00055-KJD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Robert Lamon Polk, that the Revocation Hearing currently scheduled on February 1, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Polk's state court case is scheduled for a hearing on February 14, 2023. The parties are waiting to see the outcome of that pending state charge before proceeding to this revocation hearing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LAMON POLK,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00055-KJD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 1, 2023 at 10:00 a.m., be vacated and continued to February 28, 2023 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

　　　DATED this 25th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3