AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Robert Lamon Polk,

                                JUDGMENT IN A CIVIL CASE

            Petitioner,

V.

                                Criminal Case Number 2:16-cr-00055-KJD-NJK

USA,

           Respondent.                   Civil Case Number **2:19-cv-01569-KJD**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor Respondent USA, and against Petitioner Robert Lamon Polk.
The certificate of appealabilty is denied.
This case is now closed.

3/1/2023                                                          DEBRA K. KEMPI
Date                                                             Clerk

                                                                                 /s/ K. Ferris
                                                                                  Deputy Clerk