Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LAMON POLK,<br><br>Defendant. | 2:16-cr-00055-KJD-NJK-1 |

**MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST**

COMES NOW, Lance A. Maningo, Esq., CJA appointed attorney for the Defendant, ROBERT LAMON POLK, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Notice List.

Mr. Polk was sentenced by the Court on May 3, 2017. Counsel has concluded his representation of Mr. Polk in this matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

Counsel respectfully requests an Order allowing him to withdraw as counsel in this matter and be removed from CM/ECF E-Notice list.

DATED this <u>19th</u> day of January, 2023.

**MANINGO LAW**

By:    /s/   Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

IT IS SO ORDERED NUNC PRO TUNC.

DATE: 09/09/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2